# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No.: 3:20-cr-0333-LCB-HNJ** |
| **LANCE WADE WOODS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The Magistrate Judge filed a report (Doc. 19) on January 11, 2021, recommending the Defendant's Motion to Dismiss for Violation of Defendant's Right to a Speedy Trial (Doc. 14) be denied. The parties were given 14 days to file objections to the report and recommendation. However, as of the date of this order, no objections have been filed. Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the Court **ORDERS** that the Motion to Dismiss for Violation of Defendant's Right to a Speedy Trial (Doc. 14) is **DENIED.**

**DONE** and **ORDERED** March 11, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE